IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN STRAWN,                      )        8:10CV285
                                  )
            Plaintiff,            )
                                  )             ORDER
       vs.                        )
                                  )
CITY OF PAPILLION, NEBRASKA,      )
                                  )
            Defendant.            )
_____   )
```

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 11).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, October 26, 2010, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 13th day of October, 2010.

                              BY THE COURT:


                              /S/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court