```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

JOHN STRAWN,                   )
                               )
           Plaintiff,          )           8:10CV285
                               )
     v.                        )
                               )
CITY OF PAPILLION, NEBRASKA,   )           ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on the joint motion of the parties for extension of time to file Rule 26 meeting report (Filing No. 10).  The Court notes the report has been filed.  Accordingly,

IT IS ORDERED that the motion is denied as moot.

DATED this 14th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court