IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN STRAWN,                   )
                               )
          Plaintiff,           )         8:10CV285
                               )
     v.                        )
                               )
CITY OF PAPILLION, NEBRASKA,   )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 15). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to bear its own fees and costs.

DATED this 15th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court